# K&L|GATES

Kirkpatrick & Lockhart Preston Gates Ellis LLP
599 Lexington Avenue
New York, NY 10022-6030

T 212.536.3900    www.klgates.com

JUL 24 2007
CHAMBERS OF
WILLIAM H. PAULEY

July 23, 2007

Jeffrey N. Rich
D 212.536.4097
F 212.536.3901
jeff.rich@klgates.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/07

**VIA HAND DELIVERY**

Honorable William H. Pauley, III
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

     Re:    In re Kleinert's, Inc.
           07-CIV-4830 (WHP)

Dear Judge Pauley:

We represent Saks Incorporated, Saks Fifth Avenue, Inc., Carson Pirie Scott, Parisian, Inc., Younkers, Profitt's, and McRaes, Inc. (collectively, the "Defendants") in connection with the above-referenced motion for withdrawal of the reference of the adversary proceeding captioned Kittay v. Saks Incorporated, et al., Adv. Pro. No. 05-3067 (BRL) (the "Adversary Proceeding"), which is pending before the Honorable Burton R. Lifland, United States Bankruptcy Judge.

On July 16, 2007, at the parties' request, Judge Lifland entered an order assigning the Adversary Proceeding to mediation. In order to permit the parties to focus their attention on the mediation process, both the Defendants, and David Kittay, the Trustee-Plaintiff, request a 45-day adjournment of the initial pretrial conference in this matter, which is presently scheduled for July 27, 2007 at 10 a.m.

This is the parties' first request for an adjournment. Counsel for all of the parties would be available to participate in a rescheduled pretrial conference, subject to the Court's calendar, at any time on September 21 or 28.

Respectfully yours,

Jeffrey N. Rich

cc:    Judith Siegel, Esq. (via facsimile)

NY-541262 v1

Application granted. The initial pre-trial conference is adjourned until September 28, 2007 at 11:30 a.m.

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
8/3/07