UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------X
In re KLEINERT'S, INC.          :   07 Civ. 4830 (WHP)
                                :
                                    ORDER
                                :
--------------------------------X

WILLIAM H. PAULEY III, District Judge:

It having been reported to this Court that this action has been or will be settled, it is ordered that this action is discontinued without costs to any party, and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days of the date of this Order. The Clerk of Court is directed to mark this case closed.

Dated: November 8, 2007
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Counsel of Record:*

Judith L. Siegel, Esq.
Kittay & Gershfeld, P.C.
100 White Plains Road
Tarrytown, NY 10591
*Counsel for Plaintiff*

Jeffrey N. Rich, Esq.
Kirkpatrick & Lockhart, Preston Gates Ellis LLP
599 Lexington Avenue
New York, NY 10022
*Counsel for Defendants*